UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARYANNE KELLER and TROY PARIS
individually and on behalf of
all others similarly situated,

        Plaintiffs,

-v-                                    No. 12 Civ. 4565 (LTS)(RLE)

AXA EQUITABLE LIFE INSURANCE CO.
d/b/a AXA EQUITABLE,

        Defendant.

-----------------------------------------------------------x

## ORDER

This Order amends the December 12, 2013, Memorandum Opinion and Order of this Court. (Docket entry no. 62.) The first full paragraph on page nine of the Memorandum Opinion and Order is hereby amended to read in its entirety as follows:

> The Court finds the record sufficient to demonstrate only that Plaintiff Keller has shown that she is similarly situated for conditional class certification purposes to CSRs who were allegedly uncompensated for both pre- and/or post-shift time logging into or out of AXA's computer system for which they were denied compensation due to the alleged informal policy baring overtime filing for this time. Plaintiffs' motion for conditional collective class certification pursuant to 29 U.S.C. § 216(b) will therefore be granted to that limited extent.

SO ORDERED.

Dated: New York, New York
      January 14, 2014

                                                     /s/ LAURA TAYLOR SWAIN
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge