To: The Hon. Laura Taylor Swain    Page 2 of 2    2014-11-26 20:29:57 (GMT)    12125710505 From: Robert Ottinger

Case 1:12-cv-04565-LTS-RLE   Document 84   Filed 12/01/14   Page 1 of 1
Case 1:12-cv-04565-LTS-RLE   Document 83   Filed 11/26/14   Page 1 of 1



**ottinger**
The Ottinger Firm, P.C.

NEW YORK | SAN FRANCISCO

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

330 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

**George D. Vallas**
george@ottingerlaw.com

November 26, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 1 2014

**VIA ECF and FACSIMILE (212) 805-0426**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *Keller, et al. v. AXA Equitable Life Insurance Company*,
      **No. 12 Civ. 4565 (LTS)(RLE)**

Dear Judge Swain:

As Your Honor is aware, we represent Plaintiffs in the above-referenced matter. We write jointly, however, on behalf of all parties, to respectfully inform the Court that the parties have engaged in a mediation and are confident that we will finalize an amicable and complete resolution of Plaintiffs' claims in this action within the coming weeks. In the interests of judicial economy, we therefore respectfully request that the final pretrial conference set for December 5, 2014 be adjourned *sine die*.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

[signature]

George D. Vallas

cc:   All counsel of record (by ECF)

*The conference is adjourned to a control date of February 6, 2015, at 10:00 AM.*

**SO ORDERED:**

[signature] 12/1/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE