IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARYANNE KELLER and TROY PARIS,
individually and on behalf of all others
similarly situated              Plaintiff(s)

v.

AXA EQUITABLE LIFE INSURANCE CO.,
d/b/a/ AXA EQUITABLE
                                Defendant(s)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 12 Civ. 4565

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) __AXA EQUITABLE__ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Signature of plaintiffs or plaintiff's counsel_
The Ottinger Firm
401 Park Avenue South
_Address_

New York, NY 10016
_City, State & Zip Code_

212.571.2000
_Telephone Number_

Dated: 12.11.2014

_Signature of defendants or defendant's counsel_
Mayer Brown LLP
71 South Wacker
_Address_

Chicago, IL  60604
_City, State & Zip Code_

312-782-0600
_Telephone Number_

Dated: 12-15-2014